# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELLY DALEHITE

VERSUS

PAVEMENT MARKINGS, LLC

CONSOLIDATED WITH

PAVEMENT MARKINGS, LLC

VERSUS

SOUTHERN SYNERGY LLC, DANIEL
PUFFER, SR., AND LAM NGUYEN

NO.  2026 CW 0027

**MAY 8, 2026**

---

In Re:    Kelly Dalehite, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2023-13513 c/w 2024-16493.

---

**BEFORE:   THERIOT, HESTER, MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT GRANTED.**  The trial court's December 16, 2025 judgment
denying the exception of *lis pendens* filed by Kelly Dalehite, is
reversed. For *lis pendens* to apply, La. Code Civ. P. art. 531
requires: (1) two or more suits are pending in a Louisiana court
or courts; (2) on the same transaction or occurrence; and (3)
between the same parties in the same capacities. Under the facts
of this case, the elements for *lis pendens* are met.  Therefore,
pursuant to La. Code Civ. P. art. 531, the declinatory exception
of *lis pendens* is granted and the claims made against Kelly
Dalehite in the petition filed by plaintiff Pavement Markings, LLC
under docket No. 2024-16493 in the 22nd Judicial District Court
for the Parish of St. Tammany are dismissed without prejudice.

                              **CHH**
                              **SMM**
                              **WEF**

**Theriot and Edwards, JJ.**, dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT